UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

UNITED STATES OF AMERICA ) CRIMINAL CASE NO. 04-00011-003
       Plaintiff, )
   vs. )
MIAN DUO CHEN )
       Defendant. )

**FILED**
DISTRICT COURT OF GUAM
SEP - 9 2005
MARY L.M. MORAN
CLERK OF COURT

Re: **Report and Order Terminating Term of Supervised Release**

On August 26, 2004, Mian Duo Chen was sentenced in the District Court of Guam to an imprisonment term of time served (180 days) followed by one year of supervised release for Improper Entry by Alien, in violation of 18 U.S.C. §§ 1325(a)(1) and (2). A condition of supervised release was that he be delivered to a duly authorized immigration official for immediate deportation and that he shall remain outside the United States during his term of supervised release.

Mr. Chen's period of supervised release expired on August 25, 2005. Therefore, it is recommended that the defendant be discharged from supervised release and the proceedings in this case be terminated.

RESPECTFULLY submitted this 8th day of September 2005.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

Reviewed by:
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc: Karon V. Johnson, AUSA
Rawlen Mantanona, Defense Counsel
Guam Bureau of Immigration and Customs Enforcement
File

***

### ORDER OF THE COURT

IT IS SO ORDERED this day 9th of September 2005, that Mian Duo Chen be discharged from supervised release and that the proceeding in the case be terminated.

ELIZABETH BARRETT-ANDERSON
DESIGNATED JUDGE

RECEIVED
SEP - 9 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL